JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FELLMER an Individual;<br><br>    Plaintiff,<br><br>    v.<br><br>**WELLS FARGO BANK NATIONAL ASSOCIATION, A CORPORATION AND DOES 1-10, Inclusive**,<br><br>    Defendants. | Case No.: **8:24-cv-02258-TJH-DFM**<br><br>**Hon. Terry J. Hatter Jr.**<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF WELLS FARGO BANK NATIONAL ASSOCIATION, *ONLY* |

    Plaintiff Richard Fellmer and Defendant WELLS FARGO BANK NATIONAL ASSOCIATION, have announced to the Court that all matters in controversy between them have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Richard Fellmer against Defendant WELLS FARGO BANK NATIONAL ASSOCIATION *Only*, are in all respects dismissed with prejudice.

DATED: June 2, 2025

_____
TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE

2